```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RICKY LEE MENNEN, | Civil Action No. 11-1794 (JBS) |
| Petitioner, |  |
| v. | **O R D E R** |
| DONNA ZICKEFOOSE, |  |
| Respondent. |  |

For the reasons set forth in this Court's Opinion filed herewith,

It is on this **13th** day of **January**, 2012;

ORDERED that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby dismissed; and it is further

ORDERED that the Clerk of the Court shall close this case.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief, U.S. District Judge